# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2034



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

January 10, 2014

Re: <u>C13-4580 EMC  Andar v. Rite-Aid</u>

Dear Counsel:

      In cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. <u>See</u> Civil L.R. 73-19(b).  Moreover, in those situations where the case was initially assigned to a district judge, the parties may stipulate to a specific magistrate judge to which the case may be assigned.

      The Court urges all parties to give careful consideration to consenting to a magistrate judge.  Magistrate judges are appointed by this Court through a vigorous merit selection process and are highly qualified judicial officers.  A profile of each of the magistrate judge and a description of his and her legal background, experience and qualifications are contained in the brochure entitled "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California " available from the Courtroom Deputy, Betty Lee, or the Clerk's Office.  A copy of this brochure can be downloaded from the court's website at: http://www.cand.uscourts.gov. The parties should consider the advantages of assignment to a magistrate judge, including their reduced caseloads and their ability to secure and insure firm hearing and trial dates in contrast to district judges who are obligated to give priority to criminal cases under the Speedy Trial Act.

      Counsel is directed to share and discuss this information with their clients and to meet and confer with opposing counsel to discuss the option of consenting to magistrate judge to conduct all further proceedings in the instant action.  For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.  Counsel shall sign and file the certification below that they have discussed the issue consent to a magistrate judge with their clients.

_____
Edward M. Chen
United States District Judge

I certify that I have shared this letter and discussed
the option of consenting to a magistrate judge to
handle this case for all purposes.

_____
Counsel for _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,

Case No. _____

v.

Defendant.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636 (c ), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____     _____
                                    Signature

                                    Counsel for: _____
                                    (Plaintiff, Defendant or indicate "pro se")