1  JONATHAN A. KLEIN (SBN 162071)
   THOMAS K. HOCKEL (SBN 172367)
2  SWETA H. PATEL (SBN 247115)
   KELLY, HOCKEL & KLEIN P.C.
3  One Sansome Street, Suite 1800
   San Francisco, CA 94104-4798
4  Tel.:  (415) 951-0535
   Fax:  (415) 391-7808
5

6  Attorneys for Defendant
   RITE AID CORPORATION (erroneously
7  sued as "RITE-AID CORPORATION")

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MUSTAFA ANDAR,                        ) CASE NO:  4:13-cv-04580-DMR
                                          )
13              Plaintiff,                )
                                          ) **NOTICE OF CHANGE OF ADDRESS**
14        vs.                             )
                                          )
15  RITE-AID CORPORATION, and DOES 1      )
    through 200, inclusive,               )
16                                        )
                Defendant.                )
17                                        )
                                          )

18       PLEASE TAKE NOTICE THAT **effective January 27, 2014**, Kelly, Hockel & Klein,

19  P.C. will be relocating.  The new address is **44 Montgomery Street, Suite 1500, San Francisco,**

20  **CA 94104**.  All future correspondence to the firm in this matter should be mailed to the new

21  address.  The firm's phone numbers and fax numbers have not been affected by this change.

22  Attorneys' email addresses remain unchanged.

23

24  DATED: January 21, 2014           KELLY, HOCKEL & KLEIN P.C.

25                                    /s/ Thomas K. Hockel

26                                    _____
                                      THOMAS K. HOCKEL
27                                    Attorney for Defendant
                                      RITE AID CORPORATION
28