SOMMERS EMPLOYMENT LAW GROUP, P.C.
Stephen A. Sommers, SBN 225742
Ramsey F.M. Hanafi, SBN 262515
Samantha R. Pungprakearti, SBN 264919
Ashley A. Baltazar, SBN 284921
201 Mission Street, Suite 1330
San Francisco, CA 94105
(415) 524-2860 (Tel.)
(415) 524-2865 (Fax)
info@employmentlawsf.com

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUSTAFA ANDAR, an individual<br><br>PLAINTIFF<br><br>vs.<br><br>RITE-AID CORPORATION, INC., a Delaware Corporation, and DOES 1-50;<br><br>DEFENDANTS. | **CASE NO.: C13-04580**<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff MUSTAFA ANDAR and Defendant RITE AID CORPORATION (erroneously sued as "RITE-AID CORPORATION, INC.") and their respective attorneys of record, that the parties have resolved this matter in its entirety. The parties have executed a Settlement Agreement completely resolving all issues in this case.

Pursuant to the Parties' settlement and Federal Rule of Civil Procedure section 41(a)(1), THE PARTIES THEREFORE STIPULATE AND REQUEST that this Action be dismissed in its entirety with prejudice as to all parties and all causes of action, with each party to bear its own costs and attorneys fees.

- 1 -

*Andar v. Rite-Aid Corporation, Inc.*, Northern District of California Case No. C13-04580
STIPULATION OF DISMISSAL; [PROPOSED] ORDER

IT IS SO STIPULATED.

Dated: July 28, 2014                              SOMMERS EMPLOYMENT LAW GROUP, P.C.

__/s/Ramsey Hanafi_____
Ramsey Hanafi
Attorneys for Plaintiff

Dated: July 28, 2014                              KELLY, HOCKEL & KLEIN, P.C.

/s/Thomas K. Hockel
_____
Thomas K. Hockel
Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, this Action is hereby dismissed in its entirety with prejudice as to all parties and all causes of action, each party to bear its own attorney's fees and costs.

IT IS SO ORDERED. All deadlines are vacated and the case is closed.

Dated: 7/28, 2014



Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

*Andar v. Rite-Aid Corporation, Inc.*, Northern District of California Case No. C13-04580
STIPULATION OF DISMISSAL; [PROPOSED] ORDER